BELLEVILLE CHAMBER OF COMMERCE, *ET AL.*, PLAIN-
TIFFS-PETITIONERS, v. TOWN OF BELLEVILLE, DE-
FENDANT-RESPONDENT.

See same case below: 93 *N. J. Super.* 392.

*Messrs. Wolf, Baumann & Burstein* for the petitioners.

*Mr. Jack J. Soriano* for the respondent.

May 2, 1967. Granted.

B. J. LUCARELLI & CO., INC., PLAINTIFF-RESPONDENT,
CROSS-PETITIONER, v. HOUSING AUTHORITY OF THE
CITY OF HOBOKEN, DEFENDANT-PETITIONER, CROSS-
RESPONDENT.

*Mr. Samuel J. Davidson* for the petitioner, cross-respon-
dent.

*Messrs. Apruzzese & McDermott* for the respondent, cross-
petitioner.

May 2, 1967. Denied.

DENNIS NUGENT, BY HIS GUARDIAN *AD LITEM*, ROBERT
NUGENT, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MARY
GINGERELLI, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Fox, Schackner, Neagle & Mastrangelo* for the pe-
titioners.

*Messrs. Holley & Kroner* for the respondents.

May 2, 1967. Denied.